IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNLY R. BECKER; THE BECKER
TRUST DATED MARCH 25, 1991,

    Plaintiffs,

  v.

WELLS FARGO BANK, N.A., et al.,

    Defendants.

No. 2:10-cv-02799 LKK KJN PS

<u>ORDER</u>

        Presently before the court is plaintiff's Request to Use Electronic Filing. (Dkt. No. 6.) Plaintiff is proceeding without counsel.

        Plaintiff requests, pursuant to Local Rule 133, that he be permitted to use the court's electronic filing system because he lives "about 100 miles from the court" and "anticipates numerous pleadings for this case." (<u>Id</u>.) He states that he expects many of his filings will be made "just before deadlines" and that there "may not be time for mailing and a frenzied drive to the court would be a burden." (<u>Id</u>.)

        While the court appreciates plaintiff's understanding of the importance of filing deadlines, the undersigned will deny plaintiff's request at this time. Plaintiff has not made a sufficient showing that the burdens of filing and serving documents conventionally is so uniquely burdensome that the court should permit an exception to its prohibition on pro se plaintiff's use

1

1  of the electronic filing system.[1]

2  Accordingly, IT IS HEREBY ORDERED that plaintiff's Request to Use

3  Electronic Filing is denied.

4  **IT IS SO ORDERED**.

5  DATED: October 26, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Local Rule 133(a) mandates that "[p]ro se parties shall file and serve paper documents as provided in these Rules."  See also Local Rule 133(b)(2) (stating that "[a]ny person appearing pro se may **not** use electronic filing except with the permission of the assigned Judge or Magistrate Judge") (emphasis in original).

2