UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNLY R. BECKER, THE
BECKER TRUST DATED
MARCH 25, 1991,

          NO. CIV. S-10-2799 LKK/KJN

    Plaintiffs,

  v.

          O R D E R

WELLS FARGO BANK, N.A.,
WACHOVIA MORTGAGE
CORPORATION; DOES 1-20,

    Defendants.
_____/

    Plaintiff brings numerous claims against defendants arising out of several mortgages. On November 12, 2010, plaintiff, proceeding pro per, filed a motion for a preliminary injunction, seeking to enjoin foreclosure upon one of plaintiff's properties. Plaintiff states that a trustee sale of this property is set to be held on December 23, 2010. While ordinarily, the Court would refer such a motion to the Magistrate Judge, the Court shall hear this motion so that an order may be issued before the scheduled sale. All other matters in this case remain referred to the Magistrate

1

1  Judge.
2      For the foregoing reasons, the court ORDERS that plaintiff's
3  motion for a preliminary injunction SHALL BE HEARD on December 6,
4  2010 at 10 a.m. in Courtroom 4. Defendants shall file an opposition
5  or statement of non-opposition on or before November 22, 2010.
6  Plaintiff may file a reply on or before November 29, 2010.
7      IT IS SO ORDERED.
8      DATED:  November 12, 2010.

  _____
  LAWRENCE K. KARLTON
  SENIOR JUDGE
  UNITED STATES DISTRICT COURT

2