UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNLY R. BECKER, THE
BECKER TRUST DATED
MARCH 25, 1991,

                                  NO. CIV. S-10-2799 LKK/KJN

        Plaintiffs,

    v.

                                    O R D E R

WELLS FARGO BANK, N.A.,
WACHOVIA MORTGAGE
CORPORATION; DOES 1-20,

        Defendants.
                                 /

      Plaintiff, proceeding pro se, brings numerous claims arising out of several mortgages on various residential real estate properties. On December 14, 2010, this court issued a preliminary injunction enjoining defendants from foreclosing upon three properties owned by plaintiff. On January 3, 2011, plaintiff filed an ex parte motion for "(1) [an] order to show cause why defendants should not be held in contempt and sanctioned, (2) [an] order for rescission of [the notice of trustee sale on the Third Street property], (3) order for written instructions stopping foreclosure,

1

1  and (4) court approval of lis pendens." Plaintiff seeks relief in
2  light of Cal-Western Reconveyance Corporation's recording of a
3  notice of trustee sale for one of the enjoined properties on
4  December 27, 2010. The sale is scheduled for January 19, 2011.
5  Cal-Western is not a party to the instant action.

6  Also, on December 14, 2010, the court ordered counsel for
7  defendant to show cause in writing why sanctions should not issue
8  for his failure to timely file an opposition to plaintiff's motion
9  for a preliminary injunction within fourteen days of the issuance
10 of the order. Counsel for defendant has not responded to the order
11 to show cause.

12 For the foregoing reasons, the court orders defendants to file
13 a response to plaintiffs' motion, ECF No. 24, by January 14, 2011.
14 The court further orders plaintiff to serve a copy of the court's
15 order granting a preliminary injunction, ECF No. 21, and this order
16 upon Cal-Western Reconveyance Corporation.

17 Furthermore, the court orders as follows:

18 (1) Counsel for defendants is SANCTIONED in the amount of
19     one hundred and fifty ($150.00) dollars. This sum shall
20     be paid to the Clerk of the Court no later than thirty
21     (30) days from the date of this order. Counsel shall
22     file an affidavit accompanying the payment of this
23     sanction which states that it is paid personally by
24     counsel, out of personal funds, and is not and will not
25     be billed, directly or indirectly, to the client or in
26     any way made the responsibility of the client as

2

1       attorneys' fees or costs.
2  (2)  Counsel for defendants is hereby ORDERED TO SHOW CAUSE
3       in writing why sanctions for failure to respond to the
4       December 15, 2010 order to show cause and to timely file
5       an opposition or statement of non-opposition to the
6       motion for a preliminary injunction in the form of a
7       fine of $1,000 and/or an order of judgment for plaintiff
8       should not issue in accordance with Local Rule 110.
9       Counsel shall file a response to this order to show
10      cause no later than January 14, 2011.
11  IT IS SO ORDERED.
12  DATED:  January 10, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3