UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNLY R. BECKER, THE
BECKER TRUST DATED
MARCH 25, 1991,

                                      NO. CIV. S-10-2799 LKK/KJN

       Plaintiffs,

   v.

                                 O R D E R

WELLS FARGO BANK, N.A.,
WACHOVIA MORTGAGE
CORPORATION; DOES 1-20,

       Defendants.

_____/

     On December 14, 2010, the court ordered counsel for defendants to show cause why sanctions, including a fine of $150 and/or judgment for plaintiff, should not issue for their failure to timely file an opposition or statement of non-opposition to plaintiff's motion for a preliminary injunction. See Doc. No. 21. Counsel failed to respond to the order to show cause. The court, thus, sanctioned counsel in the amount of $150.00. See Doc. No. 25. The court further ordered counsel for defendants to show cause why sanctions, including a fine of $1,000.00 and/or judgment for

1

1   plaintiff, should not issue for their failure to timely respond to

2   the order to show cause. Counsel timely filed two declarations in

3   response. With respect to the instant order to show cause,

4   Christopher Carr declared his belief that Matthew J. Pero was going

5   to respond to the order and Matthew J. Pero declared his belief

6   that Christopher Carr was going to respond to the order. Carr also

7   attempted to explain his failure to timely file an opposition to

8   plaintiff's motion. He indicated that he instructed his assistant

9   to file the opposition on time, but she was unable to do so.

10      These explanations do not constitute good cause, but they may

11   demonstrate an absence of bad faith. For this reason, the court

12   hereby ORDERS that counsel for defendant is FURTHER SANCTIONED in

13   the amount of three hundred and fifty ($350.00) dollars.[1] This sum

14   shall be paid to the Clerk of the Court no later than thirty (30)

15   days from the date of this order. Counsel shall file an affidavit

16   accompanying the payment of this sanction which states that it is

17   paid personally by counsel, out of personal funds, and is not and

18   will not be billed, directly or indirectly, to the client or in any

19   way made the responsibility of the client as attorneys' fees or

20   costs.

21      IT IS SO ORDERED.

22      DATED:  January 21, 2011.

23

24                         LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT

25   _____

26      [1] The combined sanction for the failure to file an opposition
  and to respond to the order to show cause totals $500.00