UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNLY R. BECKER, THE BECKER TRUST DATED MARCH 25, 1991,

        Plaintiffs,

   v.

WELLS FARGO BANK, N.A., WACHOVIA MORTGAGE CORPORATION; DOES 1-20,

        Defendants.
_____/

NO. CIV. S-10-2799 LKK/KJN

O R D E R

Plaintiff Dennly Becker brings numerous claims arising out of several real property loans. On March 21, 2011, the magistrate judge issued an order and findings and recommendations on defendants Wells Fargo Bank, N.A. and Wachovia Mortgage Corporation's motions to dismiss and to strike. Specifically, the magistrate judge ordered that certain of plaintiff's claims be dismissed with leave to amend and recommended that certain other claims be dismissed with prejudice. The order and findings and recommendations contained standard language at its conclusion

concerning deadlines for filing objections to the findings and recommendations. The magistrate judge further ordered plaintiff to file an amended complaint within thirty (30) days. On March 30, 2011, plaintiff filed a document titled "Plaintiff's Objection to Magistrates [sic] Judge's Findings and Recommendations," in which he expressed his opposition to both the magistrate judge's order and his findings and recommendations.

For the foregoing reasons, the court ORDERS as follows:

(1) In the interests of justice, the court shall construe plaintiff's objections (Doc. No. 50) as both a motion for reconsideration of the magistrate judge's order (Doc. No. 49) and objections to the findings and recommendations (Doc. No. 49). See L.R. 303, 304 available at http://www.caed.uscourts.gov/caed/DOCUMENTS/localRules/EDCA%20Local%20Rules%20Effective%202.8.11.pdf.

(2) Defendants shall file an opposition to plaintiff's so-construed motion for reconsideration within fourteen (14) days of the issuance of this order. Plaintiff may file a reply within (7) days of the issuance of this order.[1]

(3) The deadline to file a second amended complaint is

---

[1] This briefing schedule shall only apply to plaintiff's arguments concerning the magistrate judge's order, and not his findings and recommendations. Defendants have already filed a response to the findings and recommendations in which they explained that the magistrate judge reached the proper conclusions. (Doc. No. 51)

VACATED. The court will address deadlines to file amendments, if any, when briefing is complete for both the construed motion for reconsideration and the findings and recommendations.

IT IS SO ORDERED.

DATED: April 20, 2011

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT