1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   EASTERN DISTRICT OF CALIFORNIA
10
11  DENNLY R. BECKER; THE BECKER
    TRUST DATED MARCH 25, 1991,
12
                    Plaintiff,
13
          v.                              CIV. NO. S-10-2799 LKK/KJN
14
    WELLS FARGO BANK, NA, INC.,
15  WACHOVIA MORTGAGE CORPORATION,
    and DOES 1-20,
16
                    Defendants.
17  _____/
18  DENNLY R. BECKER,
19                  Plaintiff,
20        v.                              CIV. NO. S-11-1491 KJM/EFB
21  EXECUTIVE OFFICE FOR UNITED
    STATES ATTORNEYS, UNITED
22  STATES DEPARTMENT OF JUSTICE,
23                  Defendants.          NON-RELATED CASE ORDER
    _____/
24
25       The court is in receipt of the Notice of Related Cases
26  concerning the above-captioned cases filed June 7, 2011.  After

1 consideration, the court has determined that it is inappropriate
2 to relate or reassign the cases, and therefore declines to do so.
3 This order is issued for informational purposes only, and shall
4 have no effect on the status of the cases, including any previous
5 Related (or Non-Related) Case Order of this court.
6     IT IS SO ORDERED.
7     DATED: June 17, 2011.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2