UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNLY R. BECKER, THE
BECKER TRUST DATED
MARCH 25, 1991,

        NO. CIV. S-10-2799 LKK/KJN

    Plaintiffs,

  v.

        O R D E R

WELLS FARGO BANK, N.A.,
WACHOVIA MORTGAGE
CORPORATION; DOES 1-20,

    Defendants.
_____/

    A hearing on Plaintiff's Motion to Reconsider the court's August 1, 2011 order is currently scheduled for October 11, 2011. Defendants' opposition or statement of non-opposition was due on September 27, 2011, per Local Rule 230(c). Defendants have not filed an opposition or statement of non-opposition. The court notes that counsel for defendants has previously been sanctioned in this case. Counsel was sanctioned in the amount of $150 for failing to timely file an opposition. See ECF No. 25. Counsel was sanctioned in the amount of $350 for failing to timely respond to an order to

1

show cause. Counsel for defendant was previously warned of sanctions in the amount of $1000 and/or an order of judgment for plaintiff for failing to respond to the prior order to show cause. The court found that counsel did not show good cause, but did demonstrate the absence of bad faith, and the sanctions were reduced to $350. See ECF No. 33.

Accordingly, the court ORDERS as follows:

[1] Counsel for defendants is ORDERED to SHOW CAUSE in writing why sanctions should not issue in accordance with Local Rule 110, including a fine of $1000 and/or an order of judgment for plaintiff. Counsel SHALL file a response to this order to show cause within seven (7) days of the issuance of this order.

[2] The hearing on plaintiff's motion for reconsideration, ECF No. 59, currently scheduled for October 11, 2011 is CONTINUED to October 24, 2011.

[3] Defendant SHALL file an opposition or statement of non-opposition to the motion for reconsideration no later than October 7, 2011. Plaintiff MAY file a reply no later than October 17, 2011.

IT IS SO ORDERED.

DATED: October 3, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2