IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENLY R. BECKER; THE BECKER
TRUST DATED MARCH 25, 1991,

        Plaintiffs,                  No. 2:10-cv-02799 LKK KJN PS

    v.

WELLS FARGO BANK, NA, INC.;
WACHOVIA MORTGAGE
CORPORATION; DOES 1-20,

        Defendants.               ORDER
_____/

        United States Senior District Judge Lawrence K. Karlton recently resolved a motion for reconsideration filed by plaintiff. (Order, Mar. 29, 2012, Dkt. No. 87.) Because the undersigned anticipated that resolution of plaintiff's motion for reconsideration would directly impact plaintiff's pending motion to amend his pleading and file a third amended complaint (see Dkt. No. 70), the undersigned vacated the hearing on plaintiff's motion to amend pending resolution of the motion for reconsideration (see Order, Oct. 28, 2011, at 2, Dkt. No. 83).[1] In vacating that hearing date, the court advised plaintiff as follows: "Following the complete resolution of plaintiff's Motion for Reconsideration (Dkt. No. 59), and depending on how that

---

[1] This action proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

1

motion is resolved, if plaintiff wishes to proceed with his Motion to Amend (Dkt. No. 70), plaintiff may re-notice that Motion and set a new hearing date or file a different motion to amend." (Id. at 3.)[2]

Plaintiff has not yet re-noticed his motion to amend the Second Amended Complaint or filed a new or revised motion to amend. Given plaintiff's pro se status and the relatively confusing logistics surrounding the various pending and recently resolved motions, the undersigned sets a status conference to address the progression of this case. The court also permits, in the alternative, that plaintiff may re-notice his motion to amend or file a new or revised motion to amend. If plaintiff re-notices his motion to amend or files a new motion to amend prior to the date set for the status conference, the court may vacate the status conference.

Accordingly, IT IS HEREBY ORDERED that:

1. A status conference in this case shall be held on May 24, 2012, at 10:00 a.m.

2. The parties need not file status reports in advance of the status conference.

3. If plaintiff re-notices his motion to amend his pleading or files a new motion to amend prior to the May 24, 2012 status conference, the court may vacate the status conference.

IT IS SO ORDERED.

DATED: April 24, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[2] Additionally, the undersigned had held defendants' motion to dismiss plaintiff's Second Amended Complaint (Dkt. No. 71) in abeyance pending resolution of plaintiff's motion to amend the Second Amended Complaint (see Order, Oct. 17, 2011, at 3-4, Dkt. No. 80).