UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNLY R. BECKER, THE BECKER TRUST DATED MARCH 25, 1991,

        Plaintiffs,

   v.

WELLS FARGO BANK, N.A., WACHOVIA MORTGAGE CORPORATION; DOES 1-20,

        Defendants.
        _____/

NO. CIV. S-10-2799 LKK/KJN

O R D E R

Defendant Wells Fargo moves to modify the court's December 14, 2010 preliminary injunction order. It asks the court to increase plaintiff's bond by the amount of income he receives from the three properties at issue here. Plaintiff concedes that he owes money to the holder of the note, although he dispute's Wells Fargo's ownership. Plaintiff also has provided updated figures on his rental income as well as figures on his expenses. Defendant has not contested plaintiff's updated numbers nor his claim for

////

expenses.[1]

Accordingly, defendant's motion (Dkt. No. 107) is **GRANTED**, as follows:

> The bond provision of the preliminary injunction issued by this court on December 14, 2010 (Dkt. No.21), is modified to read: "(3) Plaintiff SHALL POST BOND in the amount of **$3,645 per month** (or such other amount as the parties may agree to in writing, in the event plaintiff's tenants move out), to be posted no later than the fourteenth calendar day of each month, until further order of this court."

IT IS SO ORDERED.

DATED:  September 17, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] This matter came on for hearing on September 17, 2012.

2