1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                    FOR THE EASTERN DISTRICT OF CALIFORNIA

9
   DENNLY R. BECKER, THE
10 BECKER TRUST DATED
   MARCH 25, 1991,
11
                                       NO. CIV. S-10-2799 LKK/KJN
12          Plaintiffs,

13      v.
                                       O R D E R
14 WELLS FARGO BANK, N.A.,
   WACHOVIA MORTGAGE
15 CORPORATION; DOES 1-20,

16
            Defendants.
17 _____/

18      Defendant Wells Fargo moves to modify the court's December 14,

19 2010 preliminary injunction order.  It asks the court to increase

20 plaintiff's bond by the amount of income he receives from the three

21 properties at issue here.  Plaintiff concedes that he owes money

22 to the holder of the note, although he dispute's Wells Fargo's

23 ownership.  Plaintiff also has provided updated figures on his

24 rental income as well as figures on his expenses.  Defendant has

25 not contested plaintiff's updated numbers nor his claim for

26 ////

                                    1

1  expenses.[1]

2      Accordingly, defendant's motion (Dkt. No. 107) is **GRANTED**, as

3  follows:

4      The bond provision of the preliminary injunction issued

5      by this court on December 14, 2010 (Dkt. No.21), is

6      modified to read: "(3) Plaintiff SHALL POST BOND in the

7      amount of **$3,645 per month** (or such other amount as the

8      parties  may  agree  to  in writing, in the event

9      plaintiff's tenants move out), to be posted no later

10     than the fourteenth calendar day of each month, until

11     further order of this court."

12     IT IS SO ORDERED.

13     DATED:  September 17, 2012.

14

15

16     _____
       LAWRENCE K. KARLTON

17     SENIOR JUDGE
       UNITED STATES DISTRICT COURT

18

19

20

21

22

23

24

25

26     [1] This matter came on for hearing on September 17, 2012.

2