UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| DENNLY R. BECKER; THE BECKER TRUST DATED MARCH 25, 1991,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, NA, INC.; WACHOVIA MORTGAGE CORPORATION; DOES 1-20,<br><br>Defendants. | CASE NO.: 2:10-CV-02799-TLN-KJN<br><br>**[~~PROPOSED~~] ORDER RE: STIPULATION TO AMEND "STATUS (PRETRIAL SCHEDULING) ORDER"** |

The stipulation of the plaintiffs Dennly R. Becker and The Becker Trust Dated March 25, 1991, and defendant Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB ("Wells Fargo") to amend the "Status (Pretrial Scheduling) Order" (Doc. 140) (the "Order") came before this Court.  The Court, having read and considered the stipulation and in light of the discovery disputes between the parties, finds good cause in granting the stipulation and amending the Order to extend the discovery and law and motion cutoffs for 45 days.

1   ACCORDINGLY, IT IS HEREBY ORDERED THAT:

2   The Order (ECF No. 140) set the cutoff for filing motions to compel discovery as
3   December 6, 2013, the discovery completion date as January 10, 2014, the law and motion cutoff
4   as February 10, 2014, the Final Pretrial Conference for June 10, 2014, and trial for September 9,
5   2014.

6   Good cause appearing, the Order is amended so that the cutoff for filing motions to
7   compel discovery is now **January 21, 2014**, the discovery completion date is now **February 24,**
8   **2014**, and the law and motion cutoff is now **March 27, 2014**.  All other dates, including the Final
9   Pretrial Conference date and the trial date, remain unchanged.

10  Dated:  December 12, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE