UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNLY R. BECKER, ET AL. | No. 2:10-cv-2799 TLN KJN |
| Plaintiff, | |
| v. | **ORDER DENYING PLAINTIFF'S MOTION TO RECONSIDER** |
| WELLS FARGO BANK, NA, INC., ET AL., | |
| Defendants. | |

    This matter is before the Court pursuant to Plaintiff Dennly R. Becker's ("Plaintiff") pro se Request for Reconsideration by the District Court of Magistrate Judge's Ruling (ECF No. 195). On April 16, 2014, Plaintiff filed a motion to modify the scheduling order to allow Plaintiff to file a fourth amended complaint. (*See* ECF No. 188.) This motion was filed seven weeks after the close of discovery and almost four years after the initiation of this lawsuit. Defendant Wells Fargo Bank, NA, Inc. opposed Plaintiff's motion claiming that Plaintiff's proposed amendment would prejudice it and require that discovery be reopened. (*See* ECF No. 191.) Magistrate Judge Kendall J. Newman ("MJ") issued an order denying Plaintiff's motion for a multitude of procedural and substantive reasons. (*See* Order, ECF No. 194.) Plaintiff filed the request at issue in response to the MJ's order.

    The Court has considered Plaintiff's request and finds that Plaintiff has not presented

1

1 | evidence that supports his contention that Magistrate Judge Newman's findings were clearly
2 | erroneous or contrary to law, as required pursuant to Local Rule 303(f).  *See also* Fed. R. Civ. P.
3 | 72(a).  Instead, the Court agrees with the Magistrate Judge's well-reasoned decision.  As such,
4 | Plaintiff's request is hereby DENIED.

    IT IS SO ORDERED.

Dated: June 24, 2014

_____
Troy L. Nunley
United States District Judge