UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNLY R. BECKER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, NA, INC., et al.,<br><br>Defendants. | No. 2:10-cv-2799-TLN-KJN PS<br><br><br><br>ORDER |

On March 10, 2015, plaintiff submitted a filing styled as a withdrawal of his February 20, 2015 motion for approval to post a supersedeas bond. (ECF No. 237.) Attached to this withdrawal is what appears to be an amended version of plaintiff's February 20, 2015 motion for approval to post a supersedeas bond. (ECF No. 237-1.) Construed liberally, it appears that plaintiff made his withdrawal filing in an attempt to amend his February 20, 2015 motion for approval to post supersedeas bond. Accordingly, the court construes it as such. Plaintiff now proceeds on his amended motion for approval to post a supersedeas bond, filed at ECF No. 237-1.

A hearing on plaintiff's amended motion is set for April 9, 2015, at 10:00 a.m., in Courtroom 25 (KJN) before the undersigned. Defendant shall file an opposition or statement of non-opposition to plaintiff's amended motion by no later than March 26, 2015. Plaintiff may file a reply by no later than April 2, 2015.

////

IT IS SO ORDERED.

Dated: March 17, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE