UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNLY R. BECKER, et al, | No. 2:10-cv-2799-TLN-KJN PS |
| Plaintiff, | |
| v. | ORDER |
| WELLS FARGO BANK, N.A., et al, | |
| Defendants. | |

On June 09, 2015, the magistrate judge filed findings and recommendations (ECF No. 260) herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. On June 22, 2015, Plaintiff filed objections to the proposed findings and recommendations (ECF No. 261), Defendant filed a response on July 07, 2015 (ECF No. 262), and Plaintiff filed a reply to the response on July 14, 2015 (ECF No. 263). These filings have been considered by the court.

This court reviews de novo those portions of the proposed findings of fact to which an objection has been made. 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982); see also Dawson v. Marshall, 561 F.3d 930, 932 (9th Cir. 2009). As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the motions on the applicable law. See Orand v. United States, 602 F.2d 207, 208 (9th

Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed findings and recommendations in full. Accordingly, IT IS ORDERED that:

1. The Proposed Findings and Recommendations filed June 09, 2015, are ADOPTED;

2. Defendant's motion for disbursement of bond funds (ECF No. 250) is granted;

3. The Clerk of Court is directed to disburse $84,335.00 of the preliminary injunction bond funds to Defendant Wells Fargo Bank, NA., Inc.; and

4. The Clerk of Court is directed to refund to Plaintiff Dennly R. Becker any funds remaining in the preliminary injunction bond account after the disbursement to Defendant.

Dated:  August 18, 2015

Troy L. Nunley
United States District Judge