ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

1 | Robert A. Bailey (#214688)
  |   rbailey@afrct.com
2 | ANGLIN FLEWELLING RASMUSSEN
  |   CAMPBELL & TRYTTEN LLP
3 | 301 N. Lake Ave., Ste. 1100
  | Pasadena, California 91101-4158
4 | Telephone:  (626) 535-1900
  | Facsimile:   (626) 577-7764
5 |
  | Attorneys for Defendant
6 | WELLS FARGO BANK, N.A., successor
  | by merger with Wells Fargo Bank
7 | Southwest, N.A., f/k/a Wachovia Mortgage,
  | FSB, f/k/a World Savings Bank, FSB
8 | ("Wells Fargo"), sued as "Wells Fargo Bank
  | NA, Inc.; Wachovia Mortgage Corporation"
9 |

10                    UNITED STATES DISTRICT COURT

11          EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

12

| | |
|---|---|
| 13   DENNLY R. BECKER; THE BECKER TRUST DATED MARCH 25, 1991, | CASE NO.: 2:10-CV-02799-TLN-KJN |
| 14 | **STIPULATION AND ORDER RE: SUPERCEDEAS BOND FUNDS** |
| 15        Plaintiffs, | |
| 16        v. | |
| 17   WELLS FARGO BANK, NA, INC.; WACHOVIA MORTGAGE CORPORATION; DOES 1-20, | Judgment:      September 9, 2014 |
| 18 | |
| 19        Defendants. | |

20

21        WHEREAS, the Court entered judgment against Plaintiffs and in favor of Defendant,

22  Wells Fargo Bank, N.A. ("Wells Fargo").

23        WHEREAS, following entry of judgment, the Court granted Wells Fargo's motion for

24  attorney's fees in the amount of $146,493.50 (ECF No. 227).

25        WHEREAS, Plaintiff separately appealed the judgment and the award of attorney's fees.

26        WHEREAS, in order to stay enforcement of the attorney's fee award, Plaintiff posted a

27  supersedeas bond with the court in the amount of $188,706.43.  (ECF No. 248)

28        WHEREAS, Plaintiff's appeals of the underlying judgment and attorney's fee award have

1  been concluded and this Court's orders in both respects were affirmed.  The 9th Circuit has issued

2  its mandate and the fee award and judgment are no long subject to appellate review.

3      WHEREAS, in January 2017, the Court's clerk erroneously returned the supersedeas

4  bond funds to Plaintiff.

5      WHEREAS, the Court discovered the error and issued an order on February 2, 2017

6  requiring Plaintiff to submit a cashier's check to the clerk in the amount of $188,706.42.  (ECF

7  No. 280).

8      WHEREAS, Plaintiff agrees that Wells Fargo is entitled to recover most of the

9  supersedeas bond funds as satisfaction for the attorney's fee award affirmed on appeal.

10      WHEREAS, in order to avoid further motion practice and to eliminate a step in the

11  process for the release of the bond funds, the Parties hereby stipulate as follows:

12      1.      Within three days of the Court's order approving this stipulation, Plaintiff will

13  remit a cashier's check in the amount of $182,000 (made payable to "AFRCT Client Trust

14  Account") directly to Wells Fargo's counsel, rather than to the Court.  This will save the parties

15  and Court time and resources by eliminating the need for the Court to hold and track the bond

16  funds or to resolve a motion or issue an order releasing the funds to Wells Fargo.

17      2.      Upon receipt of the $182,000 payment described above, Wells Fargo's counsel

18  will provide Plaintiff with a Notice of Satisfaction of Judgment with respect to the attorney's fee

19  award.  Plaintiff further agrees not to pursue any further appellate, certiorari or other review of

20  the judgment and attorney's fee award.

21      IT IS SO STIPULATED.

22  Dated:  February 8, 2017                     ANGLIN FLEWELLING RASMUSSEN
                                                  CAMPBELL & TRYTTEN LLP
23

24                                               By: _____/s/  Robert A. Bailey_____
                                                     Robert A. Bailey
25                                                Attorneys for WELLS FARGO BANK, N.A.

26
    Dated:  February 8, 2017                     _____
27                                                    Denely Becker
                                                  Plaintiff, Individually and as Trustee of the Becker
28                                                Trust

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

1

ORDER

2        Based on the stipulation of the parties and good cause appearing therefore, it is hereby

3   ordered that:

4        1.       In lieu of depositing a cashier's check in the amount of $186,706.43 with the

5   Clerk of the Court as required by the Court's February 2, 2017 Order (ECF No. 280), Plaintiff

6   shall deliver a cashier's check in the amount of $182,000 to Wells Fargo's counsel, payable to

7   "AFRCT Client Trust Account", within three days of the date of this order.

8        2.       Upon receipt of the $182,000 cashier's check, Wells Fargo will provide Plaintiff

9   with an executed Notice of Satisfaction of Judgment covering the attorney's fee award (ECF No.

10   227).

11        IT IS SO ORDERED.

12

13   Dated: February 10, 2017

14

15

16                                    Troy L. Nunley
                                      United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28